In the Matter of the Claim of Sophie Ackermann, Appellant. New York City Department of Citywide Administrative Services, Respondent; Commissioner of Labor, Respondent.

Submitted April 8, 2013; decided May 7, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

Kimberly Mitchell Converse, Plaintiff, v Dole Food Company, Inc., et al., Respondents, and Leonard's Express, Inc., Appellant.

Submitted March 25, 2013; decided May 7, 2013

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

Pawel Czernicki, Appellant, v Marek Lawniczak, Respondent.

Submitted April 8, 2013; decided May 7, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.